# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| **Joshua M. Ambush** <br><br> **Plaintiff,** <br><br> **v.** <br><br> **Michael Engelberg, et al.** <br><br> **Defendants.** | **Civil No.: 15-1237-EGS** <br><br> **Re: Breach of Contract, RICO Act** |

## NOTICE OF VOLUNTARY DISMISSAL OF COMPLAINT PURSUANT TO RULE 41

**TO THE HONORABLE COURT:**

**COMES NOW,** plaintiff Joshua M. Ambush, Esq. ("Ambush"), through the undersigned counsel, and hereby notifies the Honorable Court and the defendants of his voluntary dismissal of all causes of action in the complaint against all defendants, pursuant to Rule 41(a)(1)(A)(i) of Civil Procedure.

This case was stayed due the bankruptcy of defendant American Center for Civil Justice, Inc. ("ACCJ"), in the case of In re American Center for Civil Justice, Inc., Case No. 18-bk-15691 (Bankr. N.J.). See Doc. 28. The claims against ACCJ have already been disposed of in the bankruptcy case.

In addition, one of the defendants and a key witness, Mr. Neal M. Sher, has passed away.[1] Another key witness, Mr. Javier López-Pérez, has also passed away. Prior to his death, Mr. López-Pérez testified during a deposition. See Exhibit 1, Deposition of Javier López-Pérez, June 18, 2019. Defendants have not filed answers to the complaint nor motions for summary judgment.

---

[1] See Matt Schudel, *Neal M. Sher, leader of Justice Department's Nazi-hunting unit, dies at 74*, The Washington Post, October 8, 2021 (https://www.washingtonpost.com/local/obituaries/neal-sher-dead/2021/10/08/8f8970d2-278e-11ec-9de8-156fed3e81bf_story.html ).

Considering the above, **Plaintiff is dismissing the complaint and all claims pursuant to Rule 41(a)(1)(A)(i).**

**Respectfully submitted.**

In San Juan, Puerto Rico, December 29th, 2023

      **/s/ Ángel Sosa**
      Mr. Ángel Sosa
      DC Bar No. 1,000,094
      E-mail: asosa@tcm.law
      **Toro Colón Mullet, P.S.C.**
      P.O. Box 195383
      San Juan, PR 00919-5383
      Tel.: (787) 751-8999
      Fax: (787) 763-7760

## CERTIFICATE OF SERVICE

I hereby certify that on this date I electronically filed this document using the CM/ECF system, which will send a notification of the filing and a copy of this document to all counsel of record.

      **/s/ Ángel Sosa**
      Mr. Ángel Sosa
      DC Bar No. 1,000,094
      E-mail: asosa@tcm.law

      **Toro Colón Mullet, P.S.C.**
      P.O. Box 195383
      San Juan, PR 00919-5383
      Tel.: (787) 751-8999
      Fax: (787) 763-7760

Notice of Dimissal - Ambush v. ACCJ v3